Generated: Jan 17, 2025 3:51PM                                                                                           Page 1/1



# U.S. District Court

## Florida Southern - West Palm Beach

Receipt Date: Jan 17, 2025 3:51PM

Breann P. Jenkins

Rcpt. No: 9301                     Trans. Date: Jan 17, 2025 3:51PM                     Cashier ID: #KR

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 201B* | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.