**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:25-cv-80074**

**BREANN P. JENKINS,**

    **Plaintiff,**

vs.

**AT&T MOBILITY, LLC, and**
**AT&T MOBILITY, INC.,**
    **Defendant.**

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND**
**COPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Breann P. Jenkins
    Counsel for Plaintiff

    AT&T Mobility, Inc.,
    Counsel for Defendant AT&T Mobility, Inc.,

2. AT&T Corp. has undergone a corporate merger transaction and is now merged and converted into AT&T Enterprises, LLC.

3. AT&T Enterprises LLC is a Delaware limited liability company, whose sole member is AT&T Wireline Holdings, LLC. AT&T Wireline Holdings, LLC is a Delaware limited liability company, whose sole member is AT&T DW Holdings, Inc. AT&T DW Holdings, Inc., a New York corporation, is a wholly-owned subsidiary of BellSouth Mobile Data, Inc. BellSouth Mobile Data, Inc., a Georgia corporation, is a wholly-owned subsidiary of AT&T Inc.

4. AT&T Mobility LLC, a Delaware limited liability company, is owned by the following companies, SBC Long Distance, LLC; AT&T Investment & Tower Holdings, LLC; BellSouth Mobile Data, Inc.; and New Cingular Wireless Services, Inc.

5. AT&T Mobility II LLC is owned by the following companies: AT&T Mobility LLC, BellSouth Mobile Data, Inc., and AT&T Corp.

6. AT&T Services, Inc., a Delaware corporation, is a wholly-owned subsidiary of AT&T Inc

7. None of the foregoing companies other than AT&T Inc. is a publicly traded company.

8. All of the foregoing companies other than AT&T Inc. are direct or indirect subsidiaries of AT&T Inc. AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. To the best of AT&T Inc.'s knowledge, there is no one person or group that owns 10% or more of the stock of AT&T Inc. AT&T Inc. has no parent corporation.

Respectfully submitted by:

 /s/*Dale T. Golden*
Dale T. Golden, Esq.
dgolden@mgl.law
Florida Bar No.: 94080
**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
410 Ware Boulevard
Suite 806
Tampa, Florida 33619
Main Line: (813) 251-3632
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

 /s/*Dale T. Golden*
Dale T. Golden, Esq.